```
              IN THE UNITED STATES DISTRICT COURT FOR
                 THE WESTERN DISTRICT OF TENNESSEE
                         WESTERN DIVISION
```
_____

| | |
|---|---|
| GWENDOLYN NORWOOD, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   No: 12-cv-02373-JPM-tmp |
| | ) |
| | ) |
| TRAVELERS, | ) |
| | ) |
|     Defendant. | ) |

_____

**ORDER ADOPTING REPORT AND RECOMMENDATION;
ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**
_____

    Before the Court is the Report and Recommendation of Magistrate Judge Tu M. Pham, filed July 16, 2013 (ECF No. 30), recommending that the Court grant Defendant's Motion to Dismiss the Bad Faith Claim (ECF No. 23).  No objections to the Report and Recommendation have been filed, and the time for filing objections has expired.

    "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."  Fed. R. Civ. P. 72(b) advisory committee notes.  On clear-error review of the Magistrate Judge's Report and Recommendation, the Court hereby ADOPTS the Report and Recommendation in its entirety.

Accordingly, Defendant's Motion to Dismiss the Bad Faith Claim (ECF No. 23) is hereby GRANTED.

**IT IS SO ORDERED**, this 7th day of August, 2013.

/s/ Jon P. McCalla
CHIEF JUDGE, U.S. DISTRICT COURT